UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFREY DONTIGNEY
                                                  PRISONER
   v.                                   CASE NO. 3:01CV2413(AWT)

DEPARTMENT OF CORRECTION MEDICAL DEPARTMENT
PATTY WOLLENHAUPT
CHRIS CIMMONIALLA
UTILIZATION REVIEW COMMITTEE
DENTIST MOORE
2ND SHIFT KITCHEN SUPERVISOR JOHN DOE #1

JUDGMENT

On August 19, 2003, the court filed its Ruling and Order approving and adopting the decision of the magistrate judge that the plaintiff is required to pay the filing fee because he is barred from proceeding in forma pauperis by the "three strikes" provision and the order of the magistrate judge dismissing this action because the plaintiff failed to pay the filing fee as ordered by the court.

Therefore, it is ORDERED, ADJUDGED AND DECREED that the action is dismissed without prejudice.

Dated at Bridgeport, Connecticut this 15th day of December, 2003.

                                                  KEVIN F. ROWE, Clerk

                                                  By /s/Donna P. Thomas
                                                         Donna P. Thomas
                                                         Deputy Clerk

Entered on the Docket _____